U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST UNSENTENCED PRISONER
### BASED ON FEDERAL ARREST WARRANT

United States Marshal
Eastern District of Wisconsin
*(District)*

125 S Jefferson St
Green Bay, WI 54301
414-758-8756

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Outagamie County Jail

DATE: 10/09/2019
SUBJECT: Wayne L. Stilen
AKA: _____
DOB/SSN: ▓▓▓ 979
REF. #: _____
USMS #: _____
CR #: 19-CR-176

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Eastern District of Wisconsin has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

> Conspiracy to Distribute Methamphetamine, Marijuana, and Heroin
> Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 920-884-2082.
*FAX No.*

**RECEIPT**
Date: 10-9-19
Signed: [signature] #312
By: Fox
Title: Operations Assistant

Very truly yours,
T. Conlon
U.S. Marshal

Requested by: Kyle Wendlandt DUSM

Form USM-16A
Rev. 012/06