UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                              Plaintiff,

          v.                                                  Case No. 19-CR-176

WAYNE L. STILEN,

                              Defendant.

---

**IN THE MATTER OF THE APPLICATION AND ORDER
FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

**TO:**    **The Honorable James R. Sickel
United States Magistrate Judge**
Eastern District of Wisconsin

      The petition of the United States Attorney for the Eastern District of Wisconsin respectfully shows to this Court that

**WAYNE L. STILEN
DOB: XX-XX-1979**

is a defendant in the above-entitled action, whose appearance is necessary for an Arraignment. That petitioner further alleges that the Arraignment will be held before the Honorable James R. Sickel, United States Magistrate Judge, 125 S. Jefferson Street, Room 201, Green Bay, Wisconsin, commencing on **October 16, 2019 at 9:45 a.m.**

      The petitioner has been informed and believes that

**WAYNE L. STILEN
DOB: XX-XX-1979**

is now confined at the **Outagamie County Jail, Wisconsin,** at which institution said person is committed pursuant to the Order of a Court of the State of Wisconsin.

**WHEREFORE**, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus Ad Prosequendum be issued from this Court to the Warden of the **Outagamie County Jail, Wisconsin,** requiring him/her to produce the body of the said

**WAYNE L. STILEN**
**DOB: XX-XX-1979**

at the time and place set forth above, and after said proceedings to return the prisoner to said institution under safe and secure conduct.

Dated at Green Bay, Wisconsin, this   11th   day of October, 2019.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

s/William J. Roach
**WILLIAM J. ROACH**
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for in the foregoing petition.

Dated at Green Bay, Wisconsin, this   11th   day of October, 2019.

s/ James R. Sickel
**JAMES R. SICKEL**
United States Magistrate Judge