*UNITED STATES DISTRICT COURT*

EASTERN DISTRICT OF WISCONSIN (Green Bay)

---

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 19-CR-176

  v.

SALLY A. MILLER,

        Defendant.

---

## NOTICE OF APPEARANCE

---

        Please take notice that defendant Sally A. Miller appears by Criminal Justice Act (CJA) appointed counsel Lee D. Schuchart.

        Dated at Green Bay, Wisconsin on Friday, October 11, 2019.

                                            Respectfully submitted,

                                            ***/s/ Lee D. Schuchart***
                                            Lee D. Schuchart
                                            Attorney for Defendant
                                            WI Bar #1092603
                                            Law Office of Travis A. Crowell, LLC
                                            130 E. Walnut Street – 7th floor
                                            Green Bay, WI 54301
                                            Telephone: 920-430-3090
                                            Fax: 920-436-9367
                                            Email: lee@titletownattorney.com