# Pruhs & Donovan, S.C.

Martin J. Pruhs  757 North Broadway – 4th Floor
Christopher D. Donovan  Milwaukee, Wisconsin 53202
 Tel: (414) 221-1950
 Fax: (414) 221-1959

2 December 2019

**Via ECF**

Honorable William C. Griesbach
Chief Judge
U.S. District Court for the Eastern District of Wisconsin
125 South Jefferson Street – Suite 102
Green Bay, Wisconsin   54305

> Re: United States v. Wayne Stilen
> Case Number:  19-CR-176

Dear Judge Griesbach,

This letter is to request permission to appear by telephone at the counsel-only status conference scheduled for Wednesday December 4th, 2019 in the above-referenced case. The reason for this request is to avoid the need for me to drive from Milwaukee to attend in person.

Thank you for considering this request.

 Respectfully,


 Martin J. Pruhs

MJP/cal