# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **COUNSEL ONLY STATUS CONFERENCE** |
| **DEREK LIEBERGEN, et al.** | Case No. 19-CR-176 |

HONORABLE WILLIAM C. GRIESBACH, presiding  Time Called: 4:31 pm
Proceeding Held: January 17, 2020  Time Concluded: 4:37 pm
Deputy Clerk: Lori  Tape: 011720

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| MALACHI J. ROOT, by: | Michelle L. Jacobs (via telephone) |
| KALA KENNEDY, by: | Timothy P. Geary |
| PETER F. THAO, by: | Thomas G. Wilmouth |
| WAYNE L. STILEN, by: | Martin J. Pruhs (via telephone) |
| CHRISTOPHER S. ULLMER, by: | Shane Brabazon |
| JEREMY M. LUDWIG, by: | Steven G. Richards |
| US PROBATION OFFICE by: | |

Mr. Roach updates the Court as to the status of the case. Two plea agreements have been filed, one plea has been taken, and plea agreements have been sent out to remaining defendants. Mr. Roach anticipates the case will resolve short of trial. Mr. Roach requests the matter be set for Status Conference in 30 days. A trial date could be set at the next hearing if necessary. There are no objections from counsel in attendance.

**Counsel Only Status Conference or Change of Plea Hearing is scheduled for February 21, 2020 at 3:00 pm**. Counsel are instructed to notify the clerk's office if this date is to be a change of plea for their client and to make the marshals aware for transport of defendant. **The Court will allow telephone appearance unless their client is going to be entering a plea.**

Counsel may contact the clerk's office to schedule a change of plea date for their client if unavailable on the 21st.

In the interest of justice, the Court excludes time from today through February 21, 2020 under the Speedy Trial Act.