UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                  Plaintiff,

    v.                                       Case No. 19-CR-176

DEREK A. LIEBERGEN, et al.,

                  Defendants.

---

## UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT AND INFORMATION

---

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and William J. Roach, Assistant United States Attorney, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the following properties from the forfeiture notice of the Indictment filed on October 8, 2019, and Information filed on January 23, 2020:

    1.    U.S. currency in the amount of approximately $25,728 seized from Malachi Root on September 9, 2019, in De Pere, Wisconsin; and

    2.    U.S. currency in the amount of approximately $39,215 seized from Derek Liebergen on September 11, 2019, in Appleton, Wisconsin.

I have been informed that the above-listed items were administratively forfeited by the Drug Enforcement Administration, and therefore, it is no longer necessary to pursue the judicial forfeiture of these items.

Dated at Green Bay, Wisconsin, this 21st day of February, 2020.

                Respectfully submitted,

                MATTHEW D. KRUEGER
                United States Attorney

      By:    s/WILLIAM J. ROACH
                Assistant United States Attorney
                Bar Number: 1018756
                Attorney for Plaintiff
                Office of the United States Attorney
                Eastern District of Wisconsin, Green Bay
                205 Doty Street, Suite 301
                Green Bay, WI 54301
                Telephone: (920) 884-1066
                Fax: (920) 884-2997
                E-Mail: William.j.roach@usdoj.gov