UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

            v.                                              Case No. 19-CR-176

DEREK A. LIEBERGEN, et al.,

                    Defendants.

## ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT AND INFORMATION

        Based on the United States' motion to dismiss property from the forfeiture notice of the

Indictment and Information in this matter, the Court hereby GRANTS the motion and orders that

the following properties, be, and hereby are, DISMISSED without prejudice from the forfeiture

notice of the indictment and information:

    1.    U.S. currency in the amount of approximately $25,728 seized from Malachi Root

          on September 9, 2019, in De Pere, Wisconsin; and

    2.    U.S. currency in the amount of approximately $39,215 seized from Derek

          Liebergen on September 11, 2019, in Appleton, Wisconsin.

Dated at Green Bay, Wisconsin, this _____ day of _____, 2020.


                                    _____
                                    HONORABLE WILLIAM C. GRIESBACH
                                    United States District Judge