# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **TELEPHONE STATUS CONFERENCE** (COUNSEL ONLY) |
| **PETER F. THAO, WAYNE L. STILEN, and CHRISTOPHER S. ULLMER** | Case No. 19-CR-176 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Time Called: 11:01 a.m. |
| Proceeding Held: April 17, 2020 | Time Concluded: 11:06 a.m. |
| Deputy Clerk: Cheryl | Tape: 041720 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| PETER F. THAO by: | Thomas G. Wilmouth |
| WAYNE L. STILEN by: | Martin J. Pruhs |
| CHRISTOPHER S. ULLMER by: | Shane Brabazon |

**Christopher Ullmer:**
Mr. Brabazon states he anticipates a plea agreement being filed next week for Mr. Ullmer. The Court states that the change of plea hearing can be set when the plea agreement is filed. Mr. Ullmer is in custody at the Brown County Jail. The clerk can set a change of plea hearing via Zoom, if possible.

**Peter F. Thao:**
Mr. Wilmouth requests a change of plea hearing be set in approximately 60 days. The Court sets the change of plea hearing for June 17, 2020 at 10:00 a.m.

**Wayne L. Stilen:**
Mr. Pruhs informs the Court that an information and plea agreement were filed today. The defendant is in custody in Outagamie County. The Court sets the change of plea hearing for June 17, 2020 at 10:00 a.m.

The Court excludes time under the Speedy Trial Act as to all three defendants.