UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                Case No. 19-CR-176

WAYNE STILEN,

        Defendant.

## MOTION TO RESCHEDULE CHANGE OF PLEA

Wayne Stilen, by and through his attorney Martin Pruhs, hereby moves the Court, The Honorable William Griesbach, to adjourn and re-schedule the Change of Plea hearing in the above-captioned case. Currently Mr. Stilen is scheduled to change is plea on June 17th, 2020.

IN SUPPORT of this motion, Mr. Stilen shows to the Court as follows:

Mr. Stilen is currently detained in this case and is being held the Outagamie County Jail where he also has state cases pending and is being held in those cases as well. Due to the current situation in the United States involving the spread of COVID-19, the Federal Courts in the Eastern District of Wisconsin are not currently conducting in person change of plea hearings. Due to this and also due to ongoing discussions relevant to this case between the government and the defense, Mr. Stilen is requesting that his change of plea hearing be adjourned for approximately 30 days.

1

Undersigned counsel communicated regarding this motion with Assistant United States Attorney William Roach, who represents the government in this case, and he indicated the government has no objection to this adjournment request.

Wherefore Mr. Stilen, by counsel, motions the Court to reschedule his change of plea for a date in approximately 30 days.

Respectfully submitted this 12th day of June 2020.

s/Martin J. Pruhs            .
By: Martin J. Pruhs,
Attorney for Wayne Stilen
Pruhs & Donovan, S.C.
757 North Broadway – 4th Floor
Milwaukee, Wisconsin   53202
Tel:    (414)221-1950
Fax:    (414)221-1959
Email: marty@pruhs-donovan.com