UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.            Case No. 19-CR-176

WAYNE STILEN,

      Defendant.

## MOTION TO APPEAR AT CHANGE OF PLEA BY ZOOM

Wayne Stilen, by and through his attorney Martin Pruhs, hereby moves the Court, The Honorable William Griesbach, for an order permitting him to appear at the change of plea hearing, scheduled for July 20th, 2020 at 3:00pm by Zoom.

IN SUPPORT of this motion, Mr. Stilen shows to the Court as follows:

Mr. Stilen is currently detained in this case and is being held the Outagamie County Jail where he also has state cases pending and is being held in those cases as well. Due to the current situation in the United States involving the spread of COVID-19, the Federal Courts in the Eastern District of Wisconsin continue to conduct many hearings via Zoom or by telephone to minimize risk of spreading the infection.

1

In order to reduce the risk of spreading the infection, Mr. Stilen moves the court to permit him, and undersigned counsel, to appear by Zoom. Undersigned counsel has confirmed with the Outagamie County Jail that they will facilitate a Zoom hearing if this motion is granted.

Undersigned counsel spoke with a clerk from the Green Bay Division of the Eastern District of Wisconsin, who indicated that she communicated with Assistant United States Attorney William Roach, who represents the government in this case, and he indicated the government has no objection to this motion.

Wherefore Mr. Stilen, by counsel, motions the Court to permit him to appear for his Change of Plea hearing by Zoom.

Respectfully submitted this 16th day of July 2020.

s/Martin J. Pruhs  
By: Martin J. Pruhs,  
Attorney for Wayne Stilen  
Pruhs & Donovan, S.C.  
757 North Broadway – 4th Floor  
Milwaukee, Wisconsin 53202  
Tel: (414)221-1950  
Fax: (414)221-1959  
Email: marty@pruhs-donovan.com