# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| **WAYNE L. STILEN** | Case No. 19-CR-176 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 3:02 p.m. |
| Proceeding Held: July 20, 2020 | Time Concluded: 3:32 p.m. |
| Deputy Clerk: Mara | Tape: 072020 Zoom Video |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| WAYNE L. STILEN via video and by: | Martin J. Pruhs |
| US PROBATION OFFICE by: | Brian Koehler |

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☐ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s) 1, 2 of the ☐ indictment, ☐ superseding indictment, ☒ information
- ☒ CHARGE: Ct 1: 21:846 and 841(b)(1)(B) Conspiracy to distribute and possession with intent to distribute controlled substances.
  Ct 2: 18:924(c)(1)(A)(i) Possession of a firearm in furtherance of a drug trafficking crime.
- ☒ PSR ordered
- ☒ Sentencing set for: **October 26, 2020 at 1:30 p.m.**

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- ☒ FPT and JT dates removed from court calendar

☒ Detention continued; or ☐ Bond continued: ☐ as previously set, or ☐ as modified:

The defendant consents to proceed via Zoom video conference. The Court makes findings as to proceeding via video. Defendant orally waives his right to prosecution by indictment.
The Court finds the defendant's waiver to be knowing and voluntary and accepts the waiver.